```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
-------------------------------------------------------------X  ELECTRONICALLY FILED
 HYE SUN KANG,                                    :   DOC #:_____
                                                  :   DATE FILED: 02/07/2020
                                    Plaintiff,    :
                                                  :
                  -against-                       :   18-CV-11682 (VEC)
                                                  :
                                                  :         ORDER
 L'OREAL USA, INC., AND                           :
 BLOOMINGDALE'S, INC.,                            :
                                                  :
                                    Defendants.   :
-------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 7, 2020, the parties appeared for a status conference;

WHEREAS the parties indicated that fact discovery is complete; and

WHEREAS expert discovery remains outstanding but is not relevant to Defendants' anticipated motions for summary judgment;

IT IS HEREBY ORDERED THAT expert discovery is STAYED pending the resolution of the forthcoming motions for summary judgment. Defendants' motions must be filed on or before **April 10, 2020**. Plaintiff must file one opposition to both motions, on or before **May 8, 2020**; if Plaintiff requires additional pages in order to adequately respond to Defendants' motions, he must request leave to file a brief in excess of the 25-page limit. Defendants' replies are due on or before **June 3, 2020**. Should the parties determine that the assistance of Magistrate Judge Moses or the Court's mediation program would aid resolution of this case, the parties must file a joint request.

**SO ORDERED.**

Date: February 7, 2020
      New York, New York

_____
**VALERIE CAPRONI
United States District Judge**