USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
HYE SUN KANG,                                  :
                                               :
                    Plaintiff,                 :
                                               :
        -against-                              :    18-CV-11682 (VEC)
                                               :
                                               :    ORDER
L'OREAL USA, INC., AND                         :
BLOOMINGDALE'S, INC.,                          :
                                               :
                    Defendants.                :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 3, 2020, Bloomingdale's, Inc. and L'Oreal USA, Inc. filed Motions for Summary Judgment in this matter, Dkts. 71, 75;

IT IS HEREBY ORDERED that oral argument on the Motions for Summary Judgment will be held on **Thursday, February 11, 2021, at 10:00 A.M.**  The hearing will be held via Skype video conference.  The link to appear by video will be sent to counsel directly a few days before the hearing.  Any interested members of the public may attend by dialing 1-888-363-4749 and using the conference code 130517044.  Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

**Date:  February 1, 2021**                                           _____
**New York, New York**                                                        **VALERIE CAPRONI**
                                                                    **United States District Judge**