USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

HYE SUN KANG,                                           :
                                                       :
                                     Plaintiff,        :
                                                       :
                    -against-                          :          18-CV-11682 (VEC)
                                                       :
                                                       :          ORDER
                                                       :
L'OREAL USA, INC., AND                                 :
BLOOMINGDALE'S, INC.,                                  :
                                                       :
                                     Defendants.       :
--------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

     WHEREAS on August 3, 2020, Bloomingdale's, Inc. and L'Oreal USA, Inc. filed

Motions for Summary Judgment in this matter, Dkts. 71, 75; and

     WHEREAS on February 18, 2021, the parties appeared for oral argument on the

Motions;

     IT IS HEREBY ORDERED that for the reasons stated at the hearing, Bloomingdale's

Motion for Summary Judgment is GRANTED in part and DENIED in part and L'Oreal's Motion

for Summary Judgment is DENIED in its entirety.

     IT IS FURTHER ORDERED that by no later than **Friday, March 5, 2021**, the parties

must file a joint letter proposing a reasonable schedule for expert discovery and a trial date after

July 1, 2021.  In the joint letter, the parties must further inform the Court whether they would

like a referral to Magistrate Judge Moses for a settlement conference.

     The Clerk of Court is respectfully directed to close the open motions at docket entries 71

and 75.

**SO ORDERED.**

**Date:  February 18, 2021**                                     VALERIE CAPRONI
         **New York, New York**                          **United States District Judge**